IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DBSI SIGNATURE PLACE, LLC, an Idaho limited liability company, )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>BL GREENSBORO, L.P., a Texas limited partnership, LS NORTHLINE, LLC, a Texas limited liability company, and MARK J. SULLIVAN, )<br>)<br>Defendants/Counterclaimants. )<br>_____) | Case No. CV 05-051-S-LMB<br><br>**ORDER** |

In light of all counsel clarifying their unavailability during the entire month of July 2007 to present oral closing arguments in the court trial, it is hereby ordered that counsel shall make closing arguments in the form of a written brief, no longer than twenty (20) pages in length, filed on or before August 10, 2007.

Along with these briefs, counsel shall submit updated proposed findings of fact and conclusions of law and an order of judgment. All evidence relied on to support these findings of fact and conclusions of law shall be specifically referenced by the page and line numbers of trial transcript testimony and the exact language of the exhibits relied upon.

**IT IS SO ORDERED**.

DATED: **June 11, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge