IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DBSI SIGNATURE PLACE, LLC, an Idaho limited liability company, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | Case No. CV 05-051-S-LMB |
| v. | ) ) | |
| | ) | **ORDER** |
| BL GREENSBORO, L.P., a Texas limited partnership, LS NORTHLINE, LLC, a Texas limited liability company, and MARK J. SULLIVAN, | ) ) ) ) ) | |
| Defendants/Counterclaimants. | ) ) | |

Currently pending before the Court is a Motion for Leave to Withdraw the Appearance of John W. Greene as Counsel for Defendants BL Greensboro, L.P., LS Northline, LLC, and Mark J. Sullivan. (Docket No. 165). Defendants are currently represented by other counsel who have already participated in the trial of this action and the Plaintiff has filed a Notice of Nonopposition to the granting of Defendants' Motion (Docket No. 166). For these reasons, and good cause appearing;

**IT IS THEREFORE HEREBY ORDERED** that Defendants' Motion for Leave to Withdraw the Appearance of John W. Greene as Counsel (Docket No. 165) is GRANTED, and the Appearance of John W. Greene on behalf of Defendants is withdrawn.

DATED: **July 23, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge